# EXHIBIT A

[redacted]

## IDENTIFICATION

| | |
|---|---|
| First Name | **JERMAINE** |
| Middle Name | **A** |
| Last Name | **WELLMAN** |

[redacted]



[redacted]

## Bookings

| Booking # | Booking Date | Booking Status | Arresting Agency | Arrest Date Time | Security Classification | Release Date |
|---|---|---|---|---|---|---|
| 201605086 | 08/05/2016 | Released | ANNAPOLIS POLICE DEPARTMENT | 08/05/2016 9:30AM | | 08/05/2016 |
| 202002382 | 06/09/2020 | Released | OTHER POLICE AGENCY | 06/09/2020 10:33AM | | 12/22/2020 |
| 202106050 | 10/25/2021 | Released | AA COUNTY SHERIFF | 10/26/2021 12:11AM | 2 Medium | 03/22/2022 |
| 202301680 | 05/30/2023 | Released | ANNAPOLIS POLICE DEPARTMENT | 05/30/2023 6:25PM | 1 Minimum | 05/31/2023 |
| 202400844 | 03/12/2024 | Released | AA COUNTY POLICE | 03/12/2024 2:20PM | 2 Medium | 09/09/2024 |
| **202502314** | **07/16/2025** | **Released** | **AA COUNTY POLICE** | **07/15/2025 11:23AM** | **2 Medium** | **08/28/2025** |