# EXHIBIT B

E-FILED; Baltimore City Circuit Court
Docket: 12/18/2025 2:06 PM; Submission: 12/18/2025 2:06 PM
Envelope: 24310577

STATE OF MARYLAND
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
SUPERVISION SUMMARY
**Request for Warrant**

**SID#:** [redacted]
**DOC#:**
**CS#:** 0538501A

**Date of Report:** 12/18/2025
**Report#:** CS-0538501A-CL-NO VALUE-0006

| Name | Authority | Authority Number |
|---|---|---|
| Mitchell, Jamontaz | Circuit Court For BALTIMORE CITY | [redacted] |

| DOB | Sex/Race/Ethnicity |
|---|---|
| [redacted] | Male/ Black/ Unknown |

| Level of Supervision | Judge |
|---|---|
| L - Low | Charles Peters |

**Offense(s):**
CDS POSS W/INT TO DIST; POSS OF FIREARM MINOR;

**Sentence(s):**
20yrs sentenced, suspend all but time served Concurrent, and 3yrs probation

| Expiration | Date Sentenced | Paroled/Released | Period Covered by Report |
|---|---|---|---|
| 12/21/2025 | 12/21/2022 | | 11/05/2025 to 12/18/2025 |

**RESIDENCE:**
**Address:** DC Central Detention Facility:1901 D St SE, Washington, DC 20003

**EMPLOYMENT**
**Employer:** No information provided.
**Address:**

**Comments and Recommendations:** :
Reference is made to the informative report submitted on 11/04/2025

The purpose of this report is to advised to court of Mr. Jamontaz Mitchell's new criminal charges and to request a warrant.

On 12/16/2025, Mr. Mitchell was arrested in the District of Columbia for Conspiracy to Distribute and Possess with Intent to Distribute 400 grams or more of fentanyl, in case #25-cr-390. Mr. Mitchell is currently being held at DC Central Detention Facility. Do this case being sealed, the information that I have is limited.

In addition, on 11/04/2025, this agent notified the court of Mr. Mitchell's traffic violation in Baltimore County, Maryland for DRIVING MOTOR VEHICLE ON HIGHWAY WITHOUT REQUIRED LICENSE AND AUTHORIZATION, case # 1490W6H. A court hearing was scheduled for 12/18/25. However, due to Mr. Mitchell's new arrest, this court hearing will be missed.

Based on the above, this agent request that a warrant be issued for Mr. Mitchell and lodged as a detainer. Please note that Mr. Mitchell's charges are the same for which he was placed on probation.

**Statement of Charges:**
Amended as of 12/18/2025

Condition #4: Obey all laws. .

On 10/30/2025, Mr. Mitchell was issued a traffic citation in Baltimore County, Maryland for DRIVING MOTOR VEHICLE ON HIGHWAY WITHOUT REQUIRED LICENSE AND AUTHORIZATION, case # 1490W6H.

On 12/16/2025, Mr. Mitchell was arrested in the District of Columbia for Conspiracy to Distribute and Possess with Intent to Distribute 400 grams or more of fentanyl, in case #25-cr-390.

Condition #8: Do not illegally possess, use, or sell any narcotic drug, controlled substance, counterfeit substance, or related paraphernalia.

On 12/16/2025, Mr. Mitchell was arrested in the District of Columbia for Conspiracy to Distribute and Possess with Intent to Distribute 400 grams or more of fentanyl, in case #25-cr-390.

**Requested Amendment of Conditions:**

Lakia Allen
**Signature**

12/18/2025
**Date**

**Name:** LAKIA ALLEN
**Title:** Agent
**Address** [redacted]
**Agent Phone Number:** [redacted]
**Mobile:** [redacted]

Alisa Ash
**Signature**

12/18/2025
**Date**

**Name:** Alisa Ash
**Title:** Field Supervisor I
**Addres** [redacted]
**Phone Number:** [redacted]
**Supervisor Email:** [redacted]

| | | |
|---|---|---|
| **Original:** | ☐ Court | ☐ MPC |
| **Copy:** | ☐ State's Attorney | ☐ File |